**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | | |
|---|---|---|
| **MARCELLINE WALTON,** | ) | |
| Plaintiff, | ) | Case No. EDCV 06-371 AJW |
| v. | ) | **J U D G M E N T** |
| **MICHAEL J. ASTRUE,** **Commissioner of the Social Security Administration,** | ) ) ) | |
| Defendant. | ) | |

**IT IS ADJUDGED** that the Commissioner's decision is **affirmed.**

DATED: March 5, 2009

_____
ANDREW J. WISTRICH
United States Magistrate Judge